UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD RONALD GLOVER,<br><br>   Petitioner,<br><br>   v.<br><br>GARY SWARTHOUT, warden,<br><br>   Respondent. | No. C 11-1191 SI (pr)<br><br>**ORDER EXTENDING DEADLINE** |

Petitioner's motion for an enlargement of time to file his amended petition for writ of habeas corpus is GRANTED. (Docket # 4.) Petitioner must file his amended petition no later than **July 15, 2011**.

IT IS SO ORDERED.

DATED: May 24, 2011

SUSAN ILLSTON
United States District Judge