UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD RONALD GLOVER,<br><br>    Petitioner,<br><br>    v.<br><br>GARY SWARTHOUT, warden,<br><br>    Respondent. | No. C 11-1191 SI (pr)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

Petitioner's request for an enlargement of time to file his opposition to respondent's motion to dismiss is GRANTED in part, i.e., the court will set a deadline to allow him at least 30 days to respond to the motion. (Docket # 11.) The court now sets the following briefing schedule on respondent's motion to dismiss: Petitioner must file and serve his opposition to the motion to dismiss no later than **January 20, 2012**. Respondent must file and serve any reply brief no later than **February 3, 2012**.

IT IS SO ORDERED.

DATED: December 12, 2011

                                                  SUSAN ILLSTON
                                          United States District Judge