UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD RONALD GLOVER, | No. C 11-1191 SI (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| GARY SWARTHOUT, warden, | |
| Respondent. | |

Lloyd Ronald Glover filed this action pursuant to 28 U.S.C. § 2254 to challenge his 2007 conviction in San Francisco County Superior Court. The court granted respondent's motion to dismiss for failure to exhaust state judicial remedies and ordered Glover to choose how to deal with the mixed petition problem. *See* Docket # 16. Glover then filed an "Election By Petitioner" in which he choose the second option offered him, i.e., that he would dismiss this action and return to state court to exhaust all claims before filing a new federal petition presenting all of his claims. *See* Docket # 17. Accordingly, this action is DISMISSED without prejudice to petitioner filing a new action after exhausting state court remedies for all the claims in that new petition. Glover is cautioned to act swiftly to get to state court, proceed through state court, and return to federal court with a new petition so that he does not miss the one-year deadline in the habeas statute of limitations, 28 U.S.C. § 2244(d). The clerk shall close the file.

IT IS SO ORDERED.

DATED: July 25, 2012

SUSAN ILLSTON
United States District Judge