UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LLOYD RONALD GLOVER,                          No. C 11-1191 SI (pr)

          Petitioner,                          **JUDGMENT**

     v.

GARY SWARTHOUT, warden,

          Respondent.
_____/

     This action is dismissed without prejudice to petitioner filing a new action after he exhausts state court remedies for his claims.

     IT IS SO ORDERED AND ADJUDGED.

DATED: July 25, 2012                 _____
                                     SUSAN ILLSTON
                                     United States District Judge